# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RAMON A. RICHARDSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-0435-CG-N |
| | ) |
| ALABAMA SECURITIES | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that plaintiffs' Motion for Leave to Proceed In Forma Pauperis is **DENIED** and all filings made by plaintiffs are **STRICKEN**.

**DONE** and **ORDERED** this the 16th day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE