IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAMON A. RICHARDSON, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 11-0435-CG-N |
| | ) |
| ALABAMA SECURITIES COMMISSION, et al., | ) |
| | ) |
|     Defendants. | ) |

**JUDGMENT**

Pursuant to an order this day entered, it is hereby **ORDERED,**

**ADJUDGED and DECREED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the 16th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE